*held.*
*3 hrs.*

09/17/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar
RESCHEDULED FROM OCTOBER 1, 2003

Honorable Holly B. Fitzsimmons, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 266

October 18, 2003
2:00
~~10:00~~ a.m.

AT LEAST 5 DAYS BEFORE THE SETTLEMENT CONFERENCE THE PARTIES SHALL SUBMIT TO THESE CHAMBERS AN EX PARTE, CONFIDENTIAL LETTER, NO MORE THAN 3 PAGES IN LENGTH, OUTLINING THEIR RESPECTIVE POSITIONS REGARDING THE ISSUES IN DISPUTE, FORESEEABLE PROBLEMS, PREVIOUS POSITIONS AND ANY AGREEMENT(S) ALREADY REACHED. REPRESENTATIVES OF EACH PARTY WITH FULL AUTHORITY TO COMPROMISE THEIR RESPECTIVE CLAIMS MUST ATTEND THE SETTLEMENT CONFERENCE.

PARTIES ARE REQUIRED TO BE PRESENT.

THIS CONFERENCE MAY NOT BE ADJOURNED EXCEPT BY ORDER OF THE COURT.

THE SETTLEMENT CONFERENCE ORDER PREVIOUSLY ISSUED REMAINS IN EFFECT.

3-01-cv-1954   (JCH)   Krane Consulting Co v Talk Radio Network

---

COUNSEL OF RECORD:

| | |
|---|---|
| Charles T. Bistany | 399 Knollwood Rd., White Plains, NY |
| Dennis M. Laccavole | Goldstein & Peck, 1087 Broad St., PO Box 1538, Bridgeport, CT 203-334-9421 |
| Richard Allyn Shaffer | PO Box 123, Westport, CT |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK