10/10/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday October 28, 2003

3:30 p.m.

CASE NO.  3-01-cv-1954 Krane Consulting Co v Talk Radio Network
-------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Charles T. Bistany | 399 Knollwood Rd., White Plains, NY 914-328-0068 |
| Dennis M. Laccavole | Goldstein & Peck, 1087 Broad St., PO Box 1538, Bridgeport, CT 203-334-9421 |
| Richard Allyn Shaffer | PO Box 123, Westport, CT |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

**STATUS CONFERENCE HELD**
DATE: 10/28/03

25 min.