HONORABLE M. R. Kravitz CT/cvmhrg (January 10, 2002)

TOTAL TIME: 1 hours 25 minutes    DEPUTY CLERK K. Ghilardi    RPTR/ERO/TAPE T. Finkelstein

DATE Jan 22, 2004    START TIME 10:10 AM    END TIME 11:35 AM
LUNCH RECESS FROM _____ TO _____
Krane Consulting Co.    RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:01cv1954 MRK

vs.

Charles T. Bistany
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Talk Radio Network

Dennis M. Laccavole
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing
☐ (contmphrg) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ #___ Motion Pretrial Conference    ☐ granted ☐ denied ☐ advisement
☐ #___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ #___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ #___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ #___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ #___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ #___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____    ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

_____ Hearing continued until _____ at _____