HONORABLE M. R. Kravitz
DEPUTY CLERK K. Chaia   RPTR/BRO/TAPE _____

TOTAL TIME: 2 hours 30 minutes

DATE Feb 3, 2004   START TIME 9:45 Am   END TIME 12:15 pm
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Krane Consulting Co.

CIVIL NO. 3:01cv1954mRK

§
§                                    Charles T. Bistany
§                                    Plaintiffs Counsel
vs.                              § ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§                                    Dennis M. Laccavol.
Talk Radio Network                   Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ...... ☐ (call./h) Call of the Calendar held ☐ (call./set) Call of the Calendar over to _____
☐ ...... ☑ (jyselect./h) Jury Selection held ☐ Jury Selection continued until _____
☐ ...... # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... # Motion _____ ☑ granted ☐ denied ☑ advisement
☐ ...... # Motion _____ ☑ granted ☑ denied ☑ advisement
☐ ...... _____ ☐ filed ☐ docketed
☐ ...... _____ ☐ filed ☐ docketed
☐ ...... _____ ☐ filed ☐ docketed
☐ ...... _____ ☐ filed ☐ docketed
☑ ...... 38 jurors present
☑ ...... Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☑ ...... Voir Dire by Court
☑ ...... Peremptory challenges exercised (See attached)
☑ ...... Jury of 8 drawn (See attached) ☑ and sworn ☐ Jury Trial commences
☑ ...... Remaining jurors excused
☐ ...... Discovery deadline set for _____
☐ ...... Dispositive Motions due _____
☐ ...... Joint trial memorandum due _____
☑ ...... Trial continued until _____ at _____

☑ COPY TO JURY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Krane Consulting Co.

v.

Talk Radio Network

CASE NO. 3:01CV1954(MRK)

**Def    CIVIL CHALLENGES**

1. McCARTHUR #19            1. ~~~~

2. SIEGE #25                2. ~~~~

3. CLARK #1                 3. ~~~~

4. HARRINGTON #18           4. ~~~~

_____      _____
COUNSEL FOR PLAINTIFF(S)    COUNSEL FOR DEFENDANT(S)

                            DENNIS LAPLANTE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

(CD. 10 Rev. 9/94)

Krane Consulting Co. LLC

v.                                  CASE NO. 3:01 cv 1954 (MRK)

Talk Radio Network, Inc.

Pla    **CIVIL CHALLENGES**

1. #26 Lynn Pfermoster          1. ~~_____~~
2. #11 David Berby              2. ~~_____~~
3. #4 Ruth Perry                3. ~~_____~~
4. #23 Kaluian Stamley          4. ~~_____~~

_____         _____
**COUNSEL FOR PLAINTIFF(S)**    **COUNSEL FOR DEFENDANT(S)**

# Judge's List

Judge: **MARK R. KRAVITZ**  
Event: **3:01CV753(MRK)**  
Description: **KANECONSULTING V TALK RAIDO**

Date: **2/3/04**  
Time: **9:11 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| ✓ 1 | 100127267 | 01-0024 | **CLARK, MARGARET H** — NORTH HAVEN — MEDICAL CLAIMS ANALY | PD |
| 2 | 100143734 | 01-0038 | **DOUGLAS, WILLIAM H** — WATERBURY — MOTOR VEH DEPT SGT | E≠CP ✓? |
| ✓ 3 | 100075424 | 01-0021 | **HOLLOWAY, MOLLIE A** — OAKDALE — SURGICAL TECHNOLOGIS | J ① |
| ✓ 4 | 100148782 | 01-0055 | **FERRY, RUTH F** — MILFORD — EXECTIVE DIRECTOR | PP |
| 5 | 100170326 | 01-0050 | **MANTILIA, BARBARA B** — MADISON — EVENT COORDINATOR | CP |
| 6 | 100178461 | 01-0002 | **BOUCHARD, MICHAEL C** — EAST HAVEN — MAINTENANCE | CP ✓? |
| ✓ 7 | 100068820 | 01-0061 | **GRABOSKI, EDWARD J** — MYSTIC — ENGINEER | J ② |
| ✓ 8 | 100126842 | 01-0004 | **SODERSTROM, GAIL L** — MADISON — CHRISTIAN ED DIRECTO | J ③ |
| ✓ 9 | 100137094 | 01-0022 | **YASICK, JOSEPH W** — WOODBRIDGE — COMPUTER ANALYST | J ④ |

Legend: J=Jury  A=Alternate  NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **MARK R. KRAVITZ**  
Event: **3:01CV753(MRK)**  
Description: **KANECONSULTING V TALK RAIDO**

Date: **2/3/04**  
Time: **9:11 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| ✓ 10 | 100163052 | 01-0033 | **PANTERA, PAUL D**<br>MIDDLETOWN<br>PHLEBOTOMIST | ~~PD~~ J (5) |
| ✓ 11 | 100165195 | 01-0056 | **DERBY, DAVID R**<br>SOUTHBURY<br>PARTS DRIVER | PP |
| 12 | 100069827 | 01-0092 | **DELEGAN, LOUIS A**<br>WATERFORD<br>LIVERY DRIVER | CP ✓? |
| 13 | 100168489 | 01-0058 | **CAVALLARO, JENNIFER L**<br>HAMDEN<br>HUMAN SVCS | CP |
| 14 | 100148579 | 01-0052 | **SMITH, ELIZABETH M**<br>HAMDEN<br>SOCIAL SERVICES | CP ✓? |
| ✓ 15 | 100155973 | 01-0003 | **COLLUM, RENELL**<br>CROMWELL<br>BANKING MORTGAGE | J (6) |
| ✓ 16 | 100079988 | 01-0059 | **GADAREE, KIM R**<br>LEDYARD<br>FINANCE MGR | J (7) |
| ✓ 17 | 100133458 | 01-0019 | **BISHOP, MARK E**<br>MILFORD<br>SALES ENGINEER | J (8) |
| ✓ 18 | 100075788 | 01-0049 | **HARRINGTON, DAVID T**<br>GROTON<br>CORRECTIONS OFCR | PD |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **MARK R. KRAVITZ**
Event: **3:01CV753(MRK)**
Description: **KANECONSULTING V TALK RAIDO**

Date: **2/3/04**
Time: **9:11 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| ✓ 19 | 100160567 | 01-0025 | **MACARTHUR, JOHN R** <br> MADISON | CORPORATE FINANCE | PD |
| 20 | 100155680 | 01-0043 | **PAIGE, JOHN L** <br> NEW HAVEN | SALES | CP ✓? |
| 21 | 100175980 | 01-0009 | **AHMED, MAHFUZUL A** <br> WATERBURY | MACHINE SET UP | CP ✓? |
| ✓ 22 | 100078357 | 01-0010 | **HAKKINEN, ERIKA L** <br> SALEM | PARAPROFESSIONAL | CP |
| ✓ 23 | 100135927 | 01-0046 | **KALITAN, STANLEY C** <br> GUILFORD | NOT APPLICABLE | PP |
| 24 | 100164302 | 01-0047 | **BELL, CHARLESE S** <br> NEW HAVEN | CASHIER | CP ✓? |
| ✓ 25 | 100171062 | 01-0040 | **SIEGE, PAUL W** <br> OLD SAYBROOK | BUSINESS OWNER | PD |
| ✓ 26 | 100101691 | 01-0027 | **PATERNOSTER, LYNN N** <br> EAST HAVEN | HOUSEWIFE | PP |
| ✓ 27 | 100163523 | 01-0039 | **SMIGEL, SHIRLON F** <br> DURHAM | COMPUTER DRAFTER | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **MARK R. KRAVITZ**  
Event: **3:01CV753(MRK)**  
Description: **KANECONSULTING V TALK RAIDO**

Date: **2/3/04**  
Time: **9:11 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 28 | 100142188 | 01-0007 | **BINKLEY, PAUL D** <br> NORTH HAVEN <br> DRAFTSMAN | |
| 29 | 100173866 | 01-0034 | **DIMAURO, SALVATORE** <br> PORTLAND <br> MAINTENANCE CONSULT | |
| 30 | 100134148 | 01-0041 | **MELILLO, LISA M** <br> ORANGE | |
| 31 | 100165715 | 01-0023 | **CZUCHRA, FRANK J** <br> HAMDEN <br> FIELD SERVICE | |
| 32 | 100147514 | 01-0028 | **GILCHRIST, JOHN A** <br> NORTH HAVEN <br> RETIRED | |
| 33 | 100141197 | 01-0036 | **ALAPATT, ALEXANDER K** <br> SEYMOUR <br> COMPUTERS ACTUARY | |
| 34 | 100078736 | 01-0053 | **WILLIAMS, CRAIG L** <br> GALES FERRY <br> CAR SALES | |
| 35 | 100163555 | 01-0051 | **RUBINO, LORI A** <br> MADISON <br> CLERK | |
| 36 | 100073044 | 01-0037 | **SMITH JR, CHARLES E** <br> TAFTVILLE <br> RETIRED | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **MARK R. KRAVITZ**  
Event: **3:01CV753(MRK)**  
Description: **KANECONSULTING V TALK RAIDO**

Date: **2/3/04**  
Time: **9:11 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 37 | 100100807 | 01-0054 | **COYLE, STEPHANIE M**<br>STRATFORD — TEACHER | |
| 38 | 100147408 | 01-0032 | **LABELLA, DONNA M**<br>PORTLAND — VOTECH SPECIALIST | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.