HONORABLE M R Kravitz  CT/cvtrial (October 17, 2001)
DEPUTY CLERK K. Ghilardi   RPTR/ERO/TAPE Thea

TOTAL TIME: 4 hours 50 minutes

DATE Feb 9, 2004   START TIME 9:33 AM   END TIME 4:20
LUNCH RECESS FROM 12:30 TO 1:00pm
RECESS FROM 11:28-11:37 TO ~~1:00pm~~  (if more than 1/2 hour)

Krane Consulting Co.

CIVIL NO. 3:01CV1954 mRK

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Charles T. Bistany
Plaintiffs Counsel

Dennis M. Laccavole
Defendants Counsel

Talk Radio Inc.

## CIVIL JURY/COURT TRIAL

☑ Jury of 8  report (see attached) ☑ Jury sworn
☑ (jytrl./h) Jury Trial held ☑ (jytrl./set) Jury Trial continued until 2/10/04 at 9:30AM
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until ____ at ____
trlconc ☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☑ #34 Motion IN LIMINE (Def) _____ ☐ granted ☑ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion _____ ☐ granted ☐ denied ☐ advisement
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)