CT evtrial (10/23/98)

TOTAL TIME: **4** hours **40** minutes   HONORABLE **M. R. Kravitz**
DEPUTY CLERK **K. Ghilardi**   RPTR/ERO/TAPE **Thea**

DATE **Feb 10, 2004**   START TIME **9:27**   END TIME **2:40**
LUNCH RECESS FROM **12:35** TO **1:00**
RECESS FROM ~~~~ TO _____ (if more than 1/2 hour)

**Krane Consulting Co.**

CIVIL NO. **3:01 cv 1954 mrk**

**Charles T. Bistany**
Plaintiffs Counsel

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Dennis M. Lacaarole**
Defendants Counsel

**Talk Radio Inc.**

## CIVIL JURY/COURT TRIAL

Jury of **8** ☐ report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held  ☑ (jytrl./set) Jury Trial continued until **2/11/04** at **9:30 AM**
☐ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until _____ at _____
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion ~~~~~~~ ☐ granted ☑ denied ☐ advisement
Oral Motion **Judgement as a matter of law** ☐ granted ☑ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×7)

☑ Plaintiff(s) rests  ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
☐ Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ *COPY TO: JURY CLERK (JURY TRIALS ONLY)