UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRANE CONSULTING COMPANY, LLC | : | CASE NO. |
| Plaintiff, | : | |
| | : | 3:01cv1954 (MRK) |
| vs. | : | |
| TALK RADIO NETWORK, INC. | : | |
| Defendant. | : | FEBRUARY 6, 2004 |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS DATED FEBRUARY 5, 2004

The undersigned Defendant hereby pursuant to the Order of Judge Kravitz submits its statement of agreement or disagreement with Plaintiff's Supplemental Proposed Jury Instructions dated February 5, 2003.

1. Agree.

2. Disagree. In effect this instruction allows the jury to find full damages for breach even if they find fraudulent inducement.

3. Agree with the principal of law. Deny that Defendant drafted the contract. Evidence will show terms were negotiated by the parties.

1

4. Agree that this is Plaintiff's "claim".

                                                        THE DEFENDANT,
                                                        TALK RADIO NETWORK, INC.

                                                        By_____
                                                        Dennis M. Laccavole, Esq.
                                                        Fed. Bar No.: CT-05361
                                                        Goldstein and Peck, P.C.
                                                        1087 Broad Street
                                                        Bridgeport, CT 06604
                                                        (203) 334-9421
                                                        Attorneys for Defendant

2

## CERTIFICATION

     I hereby certify that a copy of the foregoing was sent by facsimile and first class U.S. mail, postage prepaid, on February 6, 2004 to all counsel and pro se parties of record as follows:

Charles T. Bistany, Esq.
399 Knollwood Road, Suite 311
White Plains, New York 10603-1916

*fax (914) 285-9769*

with a Chambers' copy by facsimile only to:

Honorable Mark R. Kravitz
United States District Court
District of Connecticut
141 Church Street, 3rd Floor
New Haven, CT 06510

*fax (203) 773-2631*

                                                Dennis M. Laccavole, Esq.

rc\wp60\Pleadings\Jury Instructions\Krane TRN Response Pl Suppl 2-5-03