UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KRANE CONSULTING COMPANY, LLC :
:
v. :
: 3:01CV1954 (MRK)
TALK RADIO NETWORK, INC. :
:

## ORDER

The parties having agreed that the Court would perform the calculation of the statutory interest awarded by the jury, and the parties having stipulated to the proper amount of the interest in a communication with the Court on February 12, 2004, the Court hereby assesses the total interest due on the judgment as $11,718.75. Added to the judgment of $46,875.00 for Plaintiff, the total judgment against Defendant comes to $58,593.75.

Plaintiff's Motion for Judgment as a Matter of Law is DENIED without prejudice to renew the motion pursuant to the provisions of Federal Rule of Civil Procedure 50(b).

IT IS SO ORDERED.

_____
Hon. Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: February 12, 2004