CT/cvtrial (October 17, 2001)

HONORABLE **M.R. Kravitz**
DEPUTY CLERK **K. Ghilardi**    RPTR/ERO/TAPE **Thea**

TOTAL TIME: **3** hours **13** minutes

DATE **Feb 11, 2004**    START TIME **9:20**    END TIME **3:58**
LUNCH RECESS FROM ~~12:25~~ TO _____
RECESS FROM **12:25** TO **3:45**    (if more than 1/2 hour)

**Krang Consulting Co.**

CIVIL NO. **3:01 CV 1954 MRK**

§
§     **Charles T. Bistany**
§         Plaintiffs Counsel
vs.     §     ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§     **Dennis M. Laccavole**
§         Defendants Counsel

**Talk Radio Inc.**

### CIVIL JURY/COURT TRIAL

Jury of **8** report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held  ☐ (jytrl./set) Jury Trial continued until _____ at _____
☐ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until _____ at _____
Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion **Rule 50** ☐ granted ☐ denied ☒ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×7)

☐ Plaintiff(s) rests ☑ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☑ Summation held ☑ Court's Charge to the Jury
All full exhibits, ☑ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at **12:25pm**
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☑ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

VERDICT

| | |
|---|---|
| ☐ | Court declares MISTRIAL |
| ☑ jyv | Verdict Form filed |
| ☑ | VERDICT: For Plaintiff in the amount of $46,875.00 plus Interest to be determined by the Court. |
| ☑ | Court accepts verdict and orders verdict verified and recorded |
| ☐ | Jury polled |

## MISCELLANEOUS PROCEEDINGS