Krane Consulting Co. LLC
  V
Talk Radio Network Inc

3:01cv1954 mRK

2/9/04

## EXHIBITS OF DEFENDANT TALK RADIO NETWORK, INC.:

501   Plaintiff's responses to defendant's interrogatories.

502   Plaintiff's responses to defendant's request for production.

503   Articles of Organization for Krane Consulting Company, LLC.

504   8/27/02 Letter of Premiere Radio Networks signed by Kraig T. Kichin.

505   2/28/02 Letter of Premiere Radio Networks signed by Larry V. Price, V.P. and Controller, with attachment.

506(A) through 506(O)

   Invoices of Krane Consulting Company, LLC rendered to Premiere Radio Networks for period October 16, 2000 through December 31, 2001.

507   Expense report submitted by Krane to Premiere Radio Networks in the amount of $305.77.

508   Expense report submitted by Krane to Premiere Radio Networks in the amount of $5,455.03.

509   Expense report submitted by Krane to Premiere Radio Networks in the amount of $144.53.



510	Expense report submitted by Krane to Premiere Radio Networks in the amount of $880.48.

511	Expense report submitted by Krane to Premiere Radio Networks in the amount of $310.36.

512	Expense report submitted by Krane to Premiere Radio Networks in the amount of $4,712.46.

513	Expense report submitted by Krane to Premiere Radio Networks in the amount of $1,154.63.

514	Expense report submitted by Krane to Premiere Radio Networks in the amount of $650.60.

515	Expense report submitted by Krane to Premiere Radio Networks in the amount of $1,478.55.

516	Expense report submitted by Krane to Premiere Radio Networks in the amount of $825.23.

517	Expense report submitted by Krane to Premiere Radio Networks in the amount of $866.07.

518   Expense report submitted by Krane to Premiere Radio Networks in the amount of $73.00.

519   Expense report submitted by Krane to Premiere Radio Networks in the amount of $1,401.46.

520   Expense report submitted by Krane to Premiere Radio Networks in the amount of $4,949.38.

521   Expense report submitted by Krane to Premiere Radio Networks in the amount of $1,035.49.

522   Verizon Wireless telephone bill of Stuart Krane for period ending 10/2/00.

523   Verizon Wireless telephone bill of Stuart Krane for period ending 11/2/00.

524   Verizon Wireless telephone bill of Stuart Krane for period ending 12/2/00.

525   Verizon Wireless telephone bill of Stuart Krane for period ending 1/2/01.

526   Verizon Wireless telephone bill of Stuart Krane for period ending 2/2/01.

527   Verizon Wireless telephone bill of Stuart Krane for period ending 3/2/01.

528   Verizon Wireless telephone bill of Stuart Krane for period ending 4/2/01.

529   Verizon Wireless telephone bill of Stuart Krane for period ending 5/2/01.

530   Verizon Wireless telephone bill of Stuart Krane for period ending 6/2/01.

531	Verizon Wireless telephone bill of Stuart Krane for period ending 7/2/01.

532	Verizon Wireless telephone bill of Stuart Krane for period ending 8/2/01.

533	Verizon Wireless telephone bill of Stuart Krane for period ending 9/2/01.

534	Draft letter of 6/21/00 to Stuart Krane from Mark Masters (unsigned).

534	Draft letter of 7/8/00 to Stuart Krane from Mark Masters (unsigned).

534	Letter to Stuart Krane dated 8/18/00 from Jack Swanson, Operations Director.

535	Letter from Talk Radio Network, Inc. to Stuart Krane dated 8/25/00 signed by Mark Masters.

536	Letter from Talk Radio Network, Inc. to Stuart Krane dated 8/2/01 signed by Mark Masters.

Offered Admit 537 Letter of Intent
2/10/04  2/11/04