Pl+f's Exh 1-20 all full exhibits 2/9/04

Krane Consulting Co, LLC v. Talk Radio Network, Inc.  3:01cv1954mRK

# EXHIBITS OF PLAINTIFF KRANE CONSULTING LLC.



1. Resume' of Stuart Krane

2. Contract between Plaintiff and Defendant dated February 19, 2001 effective as of July 16, 2000.

3. Letter from Talk Radio Network to Stuart Krane dated August 2, 2001.

4. Defendant's responses to Plaintiff's interrogatories.

5. Articles of Organization of Krane Consulting Co., LLC

6. Plaintiff's Statment of Damages for wrongful termination.

7. Letter dated August 27, 2002 from Premiere Radio Networks signed by Kraig T. Kichen.

8. Letter dated February 28, 2002 of Premiere Radio Networks signed by Larry V. Price, Vice-President and Controller with attachment.

9. Memo for "Mike" (Michael Lofrano) to Mark (Mark Masters) dated January 25, 2001.

10. Press Release by TRN on Michael Savage Show.

11. Recission and Affiliation Agreement Draft between KGO-AM Radio, (KSFO-AM) TRN and Savage.

12. Fax dated August 15, 2000 from Mark to Stuart Krane.

13. Letter dated July 2, 2001 to Citadel from Krane.

14. Letter dated August 18, 2000 from Jack Swanson to Krane.

15. Fed Ex letter of February 14, 12001 to Krane enclosing proposed contract.

16. Fax from Elizabeth to Stuart dated September 28, 2000 with attachment.

17. New Max Press story September 6, 2000.

18. Fax September 12, 2000 Mark to Stuart.

19. Fax August 30, 2000 Mark to Stuart.

20. Fax Sereraid to Lofrano at TRN January 31, 2002, draft contract with Krane.