# United States District Court

Krane Consulting Co. LLC  DISTRICT OF  Connecticut

v.

(Court Exhibits) EXHIBIT AND WITNESS LIST

Talk Radio Network, INC

CASE NUMBER: 3:01cv1954 MRK

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Charles T. Bistany | Dennis M. Laccavole |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/9/04 - 2/11/04 | Thea Finkelstein | Kenneth R. Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/11/04 | ✓ | | Court exh 1. Jury Note |
| | | 2/11/04 | ✓ | | Court exh 2 Copy of the Charge |
| | | 2/11/04 | ✓ | | Court exh 3 Verdict form |

United States District Court
District of Connecticut
FILED AT  NEW HAVEN
Feb 11  2004
Kevin F. Rowe, Clerk
By: Kenneth R. Ghilardi
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages