UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KRANE CONSULTING CO, LLC

    v.                                                    Civil No.  3:01cv1954(MRK)

TALK RADIO NETWORK, INC.

## J U D G M E N T

This matter came on for trial before a jury and the Honorable Mark R. Kravitz, United States District Judge.  On February 11, 2004, the jury returned a verdict for the plaintiff, Krane Consulting Company, LLC. with an award in the amount of $46,875.00, plus judgment interest that was calculated by the Court from August 12, 2001. On February 12, 2004 the Court entered an order fixing the judgment interest amount at $11,718.75.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff, Krane Consulting Company, LLC, in the amount of $58,593.75, and the case is closed.

Dated at New Haven, Connecticut this 12th day of February, 2004.

                                                        KEVIN F. ROWE, Clerk
                                                        By
                                                         /s/ Kenneth R. Ghilardi
                                                        Kenneth R. Ghilardi
                                                        Deputy Clerk

EOD : _____