FILED
Apr 5  7 37 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRANE CONSULTING COMPANY, LLC | : | CASE NO. |
| Plaintiff, | : | |
| vs. | : | 3-01-CV1954 (MRK) |
| TALK RADIO NETWORK, INC. | : | |
| Defendant. | : | FEBRUARY 13, 2004 |

## SATISFACTION OF JUDGMENT

The Plaintiff, through his undersigned counsel, hereby certifies that the Judgment which entered in the above-referenced matter in favor of the Plaintiff, KRANE CONSULTING COMPANY, LLC, in the amount of Fifty-Eight Thousand Five Hundred Ninety Three and 75/100 ($58,593.75) has been fully paid and satisfied.

THE PLAINTIFF
KRANE CONSULTING COMPANY, LLC

By _____
CHARLES T. BISTANY, ESQ. (#12370)
399 Knollwood Road
White Plains, New York 01603
(914) 328-0068
Attorney for the Plaintiff

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed by first class mail, postage prepaid, on MARCH 29, 2004, to all counsel and pro se parties of record as follows:

Dennis M. Laccavole, Esq.
Goldstein and Peck, P.C.
1087 Broad Street
Bridgeport, CT 06604

Charles T. Bistany, Esq.

wp60\Pleadings\Satisfaction Jgmt\Krane-Talk Radio